**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Delien W.

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Joel Brott

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01064-PJS-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED IN PART.
2. Respondents must release petitioner from custody by 10:00 am on Saturday, March 7, 2026. If petitioner is not in Minnesota, respondents must first return petitioner to Minnesota before releasing him.

Date: 3/5/2026

KATE M. FOGARTY, CLERK